UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWIN LELAND FUGEL, III, | CV NO. 10-6670-GHK (AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| T. OCHOA, WARDEN, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 6/14/11

_____
George H. King
United States District Judge